# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    DAVID PAUL BURKE                                Case No.: 5-15-04731-RNO

                                                                                 Chapter 13

                   Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**  **MORTGAGE INFORMATION**
Creditor Name:                        M & T BANK
Court Claim Number:              06C
Last Four of Loan Number:      4473/RMMP
Property Address if applicable:   314 RIVER STREET, , DURYEA, PA18642

**PART 2:**  **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---:|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the Trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $0.00 |

**PART 3:**  **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $100.00
Next postpetition payment due: NOVEMBER, 2020
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 22, 2020 	Respectfully submitted,

        s/ Charles J. DeHart, III, Trustee
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        Fax: (717) 566-8313
        eMail: dehartstaff@pamd13trustee.com

Creditor Name: M & T BANK
Court Claim Number: 06C

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5020 | 1146760 | 04/06/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1146760 | 04/06/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1146760 | 04/06/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1146760 | 04/06/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1146760 | 04/06/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1146760 | 04/06/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1148468 | 05/04/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1150126 | 06/14/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1151693 | 07/07/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1153140 | 08/04/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1154685 | 09/01/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1156319 | 10/05/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1157913 | 11/02/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1159521 | 12/06/2016 | $100.00 | $0.00 | $100.00 |
| 5020 | 1161098 | 01/12/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1162635 | 02/08/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1164159 | 03/09/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1165773 | 04/12/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1167331 | 05/11/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1168904 | 06/13/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1170341 | 07/06/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1171817 | 08/10/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1173348 | 09/19/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1174661 | 10/11/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1175970 | 11/08/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1177370 | 12/05/2017 | $100.00 | $0.00 | $100.00 |
| 5020 | 1178773 | 01/11/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1180166 | 02/08/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1180166 | 02/08/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1182883 | 04/03/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1185980 | 05/15/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1187308 | 06/07/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1188676 | 07/12/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1190059 | 08/09/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1191376 | 09/06/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1192693 | 10/10/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1194066 | 11/08/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1195453 | 12/13/2018 | $100.00 | $0.00 | $100.00 |
| 5020 | 1196836 | 01/10/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1198003 | 02/07/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1199230 | 03/12/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1200573 | 04/11/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1201925 | 05/09/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1203228 | 06/06/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1204621 | 07/11/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1205987 | 08/07/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1207442 | 09/26/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1208652 | 10/10/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1209762 | 11/07/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1211098 | 12/12/2019 | $100.00 | $0.00 | $100.00 |
| 5020 | 1212474 | 01/16/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1213827 | 02/13/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1215137 | 03/12/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1216422 | 04/14/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1217484 | 05/06/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1218449 | 06/02/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1219469 | 07/07/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1221567 | 09/17/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1221567 | 09/17/2020 | $100.00 | $0.00 | $100.00 |
| 5020 | 1222595 | 10/15/2020 | $100.00 | $0.00 | $100.00 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID PAUL BURKE

Case No.: 5-15-04731-RNO
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 22, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| COLLEEN M METROKA ESQUIRE<br>120 S FRANKLIN STREET<br>WILKES BARRE PA, 18701- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 1508<br>BUFFALO, NY, 14240 | SERVED BY 1ST CLASS MAIL |
| DAVID PAUL BURKE<br>314 RIVER STREET<br>DURYEA, PA 18642 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 22, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com