In re:  Case No. 15-04731-RNO
David Paul Burke  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 22, 2020     Form ID: 3180W     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Paul Burke, 314 River Street, Duryea, PA 18642-1002 |
| 4716786 | + | Firsthorizon, Po Box 15003 Customer Solutions, Knoxville, TN 37901-5003 |
| 4716787 | + | Heather Fiorucci Burke, 314 River Street, Duryea, PA 18642-1002 |
| 4762959 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 4727006 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 4716791 | + | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4716777 | + | EDI: AMEREXPR.COM | Oct 22 2020 22:58:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 4716779 | | EDI: BANKAMER.COM | Oct 22 2020 22:58:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 4716778 | + | EDI: TSYS2.COM | Oct 22 2020 22:58:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 4745423 | + | Email/Text: bncmail@w-legal.com | Oct 22 2020 18:53:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4716781 | | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 4716780 | + | EDI: CAPITALONE.COM | Oct 22 2020 22:58:00 | Cap1/Bstby, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 4716783 | + | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 4716785 | + | EDI: WFNNB.COM | Oct 22 2020 22:58:00 | Fashion Bug, Po Box 84073, Columbus, GA 31908-4073 |
| 4716782 | | EDI: JPMORGANCHASE | Oct 22 2020 22:58:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 4716789 | + | Email/Text: BKRMailOPS@weltman.com | Oct 22 2020 18:53:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 4716790 | | Email/Text: camanagement@mtb.com | Oct 22 2020 18:53:00 | M & T Bank, One Fountain Pl/3rd Fl, Buffalo, NY 14203 |
| 4741978 | | EDI: PRA.COM | Oct 22 2020 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4716792 | + | EDI: RMSC.COM | Oct 22 2020 22:58:00 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 4716793 | + | EDI: RMSC.COM | Oct 22 2020 22:58:00 | Syncb/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 4851604 | + | EDI: RMSC.COM | Oct 22 2020 22:58:00 | Synchrony Bank, c/o PRA Receivables |

| Recip ID | Bypass | Name and Address | Date/Time | |
|---|---|---|---|---|
| 4759843 | | EDI: RMSC.COM | | Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| | | | Oct 22 2020 22:58:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 4716784 | | EDI: USBANKARS.COM | Oct 22 2020 22:58:00 | Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |
| 4716794 | + | EDI: CITICORP.COM | Oct 22 2020 22:58:00 | Unvl/Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 4742830 | | EDI: ECAST.COM | Oct 22 2020 22:58:00 | eCAST Settlement Corporation, POB 29262, New York NY 10087-9262 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4716788 | *+ | Heather Fiorucci Burke, 314 River Street, Duryea, PA 18642-1002 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Colleen Marie Metroka | on behalf of Debtor 1 David Paul Burke attycoll@gmail.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Joshua I Goldman | on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com |
| Michele A De Witt | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com mdewitt@ecf.inforoptcy.com |
| Thomas I Puleo | on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Paul Burke<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4578<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–04731–RNO | |

# Order of Discharge           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Paul Burke
aka David P. Burke

10/22/20                                            **By the court:** Robert N. Opel II
                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                       page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**